IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **David Marshall**, <br><br> Petitioner, <br><br> v. <br><br> **Robert Ayers, Jr.**, <br><br> Respondent. | C 07-0478 JF <br><br> [PROPOSED] ORDER <br><br> Judge:   The Honorable <br>              Jeremy Fogel |

This court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by **October 31, 2007**. If Petitioner wishes to respond to the Respondent's response, he shall file and serve a response within 30 days of receiving Respondent's response.

Dated: 10/1/07

/s/ Jeremy Fogel
JEREMY FOGEL
United States District Judge

[Proposed] Order

*Marshall v. Ayers*
C 07-0478 JF

1